IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.J., a minor by and through his parents, MAUREEN and PATRICK J. | : | CIVIL ACTION |
| v. | : | |
| TREDYFFRIN EASTTOWN SCHOOL DISTRICT | : | NO. 13-2012 |

### ORDER

**AND NOW**, this 26th day of September, 2013, upon consideration of the Plaintiff's Motion to Introduce Additional Evidence (Document No. 16) and the defendant's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the plaintiffs may introduce additional evidence subject to the limitations set forth in the accompanying Memorandum Opinion.

   /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.